# United States District Court
# For The Western District of North Carolina
# Charlotte Division

F I L E D
STATESVILLE, N.C.

JUN 1 0 2005

U.S. DISTRICT COURT
W. DIST. OF NC

PATRICK DEVONE WALKER,

        Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:05CV259

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2005 Order.

Walker v. United States of America    Doc. 4

June 10, 2005

FRANK G. JOHNS, CLERK

BY: _____T. Evans_____

Tammy M. Evans, Deputy Clerk

Dockets.Justia.com