# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FILED
STATESVILLE, N.C.
JUN 1 0 2005
U.S. DISTRICT COURT
W. DIST. OF NC

PATRICK DEVONE WALKER,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05CV259

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/9/2005 Order.

June 10, 2005

FRANK G. JOHNS, CLERK

BY: ___T. Evans___

Tammy M. Evans, Deputy Clerk